FILED

11/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0221

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0221

_____

IN THE MATTER OF:

D.H.,                                                      O R D E R

     A Youth in Need of Care.

_____

Upon consideration of Appellant's motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellant is grant an extension of time to and including December 16, 2021, within which to prepare, file, and serve Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 16 2021